IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:18CR87 |
| | § | Judge Mazzant |
| LAURA JORDAN (1) | § | |
|    a/k/a Laura Maczka | § | |
| MARK JORDAN (2) | § | |

## **ORDER UNSEALING INDICTMENT**

On this day came on to be considered the Government's Ex Parte Sealed Motion to Unseal Indictment in the above captioned matter, and upon consideration of the same, the Court is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that Indictment in the above captioned matter is unsealed.

**SIGNED this 16th day of May, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE