# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 2/20/2019

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | COURTROOM DEPUTY: Debbie McCord |
| USA vs. LAURA JORDAN, MARK JORDAN | 4:18CR87 |

| ATTORNEYS FOR GOVERNMENT | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Chris Eason, Glen Jackson, Maureen Smith, Bradley Visosky, attorneys; Andrew Walton, Bill Messer, Garin Reetz | Jeff Kearney, Dan Cogdell, Dennis Hester, Reagan Wynn, attorneys; Laura Jordan, Mark Jordan, Jordan Ray |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: JURY TRIAL |
|---|---|
| 9:00 am | Court in session. Limine issue addressed. |
| 9:02 am | Jury in and seated. |
| 9:03 am | Direct examination of Ms. Norris continues. |
| 9:13 am | Bench conference. |
| 9:16 am | Direct examination continues. |
| 10:34 am | Jury and Court in recess for morning break. |
| 10:49 am | Court in session, jury seated. Direct examination continues. |
| 11:48 am | Cross examination by Mr Wynn. |
| 11:54 am | Bench conference. |
| 11:56 am | Jury in recess for lunch. Court sustained Govt's objection regarding defense govt exhibit 152. |
| 11:57 am | Court in recess for lunch. |
| 1:02 pm | Court in session, jury seated. Cross examination by Mr. Wynn continues. |

| TIME: | MINUTES:  JURY TRIAL |
|---|---|
| 2:04 pm | Bench conference. |
| 2:08 pm | Cross examination continues. |
| 2:28 pm | Jury in recess for break. |
| 2:29 pm | Court is in recess for break. |
| 3:00 pm | Cross examination by Mr. Wynn continues. |
| 3:31 pm | Cross examination by Mr. Cogdell. |
| 3:48 pm | Bench conference. |
| 3:50 pm | Court instructs the jury to disregard the entirety of the last answer. |
| 3:51 pm | Jury in recess for the day. |
| 3:53 pm | Motion for mistrial denied. |
| 3:54 pm | Mr. Jackson addresses issue regarding a transcript of prior testimony. |
| 4:00 PM | Court is in recess. |
|  | Exhibits admitted today: for Govt: 267, 268, 269, 270, 204a, b; 205a, b; 209a, b; 202; for Defense: 222, 234, a and b; 200 (redacted); 233. |

DAVID O'TOOLE, CLERK

BY:      Debbie McCord
         Courtroom Deputy Clerk