# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 2/22/2019

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Debbie McCord |
| USA vs. LAURA JORDAN, MARK JORDAN | 4:18CR87 |

| ATTORNEYS FOR GOVERNMENT | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Chris Eason, Glen Jackson, Maureen Smith, Bradley Visosky, attorneys; Andrew Walton, Bill Messer, Garin Reetz | Jeff Kearney, Dan Cogdell, Dennis Hester, Reagan Wynn, attorneys; Laura Jordan, Mark Jordan, Jordan Ray |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: JURY TRIAL |
|---|---|
| 9:10 am | Court in session, jury seated. |
|  | Cross examination of witness Deanna Vehslage by Mr. Kearney. |
| 9:36 am | Cross examination by Mr. Cogdell. |
| 9:38 am | Witness is excused. |
| 9:38 am | Govt witness: Annette Weidenfeller, sworn in. Direct examination by Ms. Smith. |
| 9:51 am | Cross examination by Mr. Kearney. |
| 10:05 am | Bench conference. |
| 10:07 am | Cross examination continues. |
| 10:12 am | Redirect by Ms. Smith. |
| 10:12 am | Witness steps down, excused. |
| 10:13 am | Govt witness: Shannon Robins, sworn in. Direct by Ms. Smith. |
| 10:30 am | Cross examination by Mr. Kearney. |

| TIME: | MINUTES:  JURY TRIAL |
|---|---|
| 10:31 am | Witness steps down, excused. |
| 10:31 am | Govt witness: Katherine Swiney, sworn in.  Direct examination by Ms. Smith. |
| 10:44 am | Jury and Court in recess for break. |
| 11:01 am | Court in session to handle matter outside of jury presence. |
| 11:05 am | Jury in and seated.    Direct examination continues. |
| 11:09 am | Cross examination by Mr. Kearney. |
| 11:14 am | Cross examination by Mr. Cogdell. |
| 11:16 am | Witness steps down, excused. |
| 11:17 am | Govt witness: Julia Porter, sworn in.  Direct examination by Ms. Smith. |
| 11:57 am | Bench conference. |
| 12:00 pm | Direct examination resumes. |
| 12:01 pm | Jury and Court in recess for lunch until 1:15 pm. |
| 1:16 pm | Cross examination of Ms. Porter by Mr. Wynn. |
| 2:52 pm | Redirect by Ms. Smith. |
| 2:58 pm | Witness is excused. |
| 2:59 pm | Jury and Court in recess for break. |
| 3:18 pm | Jury in and seated. |
| 3:19 pm | Govt witness Karen Mitchell, sworn in.  Direct examination by Mr. Visosky. |
|  | Cross examination by Mr. Kearney and Mr. Cogdell. |
| 3:27 pm | Witness excused. |

CASE NO.          DATE:
PAGE 3  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:  JURY TRIAL |
|---|---|
| 3:28 pm | Govt witness Scott Manfred, sworn in.  Direct examination by Mr. Eason. |
| 3:50 pm | Cross examination by Mr. Cogdell. |
| 4:05 pm | Witness excused. |
| 4:05 pm | Govt witness: Steve Mitchell, sworn in.  Direct by Mr. Visosky. |
| 5:00 pm | Jury and Court in recess. |

DAVID O'TOOLE, CLERK

BY:       Debbie McCord
          Courtroom Deputy Clerk