**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

**SHERMAN DIVISION**

**DATE:** 3/5/2019

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Lori Stover |
| USA vs. LAURA JORDAN, MARK JORDAN | 4:18CR87 |

| ATTORNEYS FOR GOVERNMENT | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Chris Eason, Glen Jackson, Maureen Smith, Bradley Visosky, attorneys; Andrew Walton, Bill Messer, Garin Reetz | Jeff Kearney, Dan Cogdell, Dennis Hester, Reagan Wynn, attorneys; Laura Jordan, Mark Jordan, Jordan Ray |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: JURY TRIAL - DAY 16 |
|---|---|
| 9:14 am | Court in session. Jury is seated. |
| 9:16 am | Mr. Eason presents closing argument on behalf of the Government. |
| 11:16 am | Court in recess. |
| 11:35 am | Court again in session. Jury is seated. |
| 11:37 am | Mr. Wynn presents closing argument on behalf of Laura Jordan. |
| 11:51 am | Bench conference. |
| 11:52 am | Mr. Wynn continues with closing argument. |
| 12:22 pm | Slight break in closing argument to change out technical equipment. |
| 12:24 pm | Mr. Kearney presents closing argument on behalf of Laura Jordan. |
| 1:02 pm | Court in recess for lunch until 2:05 pm. Jury is excused. |
| 2:07 pm | Court is again in session. Jury is seated. Mr. Cogdell present closing arguments on behalf of Mark Jordan. |

| TIME: | MINUTES: JURY TRIAL - DAY 16 |
|---|---|
| 3:36 pm | Court in recess for afternoon break. |
| 3:52 pm | Court again session. Jury seated. Mr. Eason presents final closing arguments for the Government. |
| 4:47 pm | The Court instructs the jury. |
| 5:22 pm | Jury will select a foreperson tonight and then will be released for the day. Court is in recess. |
| 5:23 pm | Court adjourned for the day. |
|  |  |
|  |  |

**DAVID O'TOOLE, CLERK**

BY:      Lori Stover
         Courtroom Deputy Clerk