IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR87 |
| | § | Judge Mazzant |
| LAURA JORDAN (1) | § | |
| a/k/a Laura Maczka | § | |
| MARK JORDAN (2) | § | |

## GOVERNMENT'S ADMITTED TRIAL EXHIBITS

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 1 | Copy of a PowerPoint presentation dated July & August 2011 |
| 2A | May 3, 2013 email from lauramaczka@sbcglobal.net to lauramaczka@sbcglobal.net subject line: Apartments, Wal-Mart & the Inner City containing a campaign advertisement with the same title and a website link to official campaign advertisements in support of Laura Maczka for Mayor of the City of Richardson |

| EX. NO. | DESCRIPTION |
|---|---|
| 2B | List of 14 Maczka for Richardson Mayor Email Campaign Archive found in website linked to email dated May 3, 2013 at exhibit 2A:<br><br>5/12/2013: Together…We Made History!!<br>5/11/2013: Election Day!<br>5/9/2013:  Tonight…Rain or Shine… Friends of Laura…Rally for Richardson!<br>5/7/2013:  Early voting ends today at 7pm!<br>5/5/2013:  Friends of Laura…Rally for Richardson!<br>5/3/2013:  Apartments, Wal-Mart & The Inner City.<br>4/27/21013: Alert! You will not believe what Omar said about Laura<br>4/25/2013: Quick thing…<br>4/22/2103: Not sure if you heard this!<br>4/15/2013: These Boots Were Made for Walking!<br>4/12/2013: Hey…<br>4/03/2013: Dallas Morning News Endorsement<br>3/25/2013: Can you do me a favor?<br>3/15/2013: Got Signs? |
| 3 | April 9, 2013 Richardson Tea Party Forum Video |
| 4 | About Sooner / Sooner Management Website: Ethics Over Everything dated April 2014 |
| 6 | Articles Of Incorporation Of J&P Realty Services Inc. |
| 7 | Limited Liability Company Agreement of JP-KBS Richardson Holdings, LLC dated November 2011 |
| 8 | Company Agreement of JP-Richardson, LLC dated October 31, 2011 |
| 9 | Joint Venture Agreement of JP Richardson Investors Joint Venture dated November 14, 2011 |
| 10 | Purchase and Sales Agreement between sellers and JP Realty Partners, LTD dated August 4, 2011, in the amount of $44,500,000 |
| 12 | Limited Liability Company Agreement of JP-KBS Richardson Holdings II, LLC dated September 4, 2014 |

| EX. NO. | DESCRIPTION |
|---|---|
| 13 | Amended and Restated Limited Liability Company Agreement of JP-Palisades IV, LLC dated September 3, 2014 |
| 14 | January 23 and 30, 2014, Contract of Sale between sellers and JP-Palisades IV, LLC |
| 15 | City of Richardson Audit Report for fiscal year ending on September 30, 2013 |
| 16 | City of Richardson Audit Report re fiscal year ending September 30, 2014 |
| 17 | September 17, 2014 email from Texas DPS to Mayor Maczka re Federal Homeland Security Grant |
| 18 | City of Richardson audit spreadsheet re fiscal ending in September 2015 |
| 19 | May 2013 Statement of Elected Officer from the City of Richardson signed by Mayor Maczka on May 20, 2013 |
| 20 | State of Texas Oath of Office signed by Mayor Maczka on May 20, 2013 |
| 21 | November 5, 2013 City of Richardson City Plan Commission minutes. |
| 22 | November 19, 2013 Richardson City Plan Commission minutes. |
| 23 | November 19, 2013 City of Richardson City Plan Commission video related to rezoning the Palisades property to allow for 600 apartments in which Mark Jordan participated |
| 24 | December 9, 2013 City of Richardson City Council meeting minutes |
| 25 | December 9, 2013 City of Richardson City Council video in which Mayor Maczka and Mark Jordan participated |
| 26 | January 27, 2014 City of Richardson City Council meeting minutes where the City Council adopts the December 9, 2013, Palisades property re-zoning ordinance |
| 27 | January 27, 2014 City of Richardson City Council video in which Mayor Maczka and Mark Jordan participated |
| 28 | January 27, 2014 City of Richardson Ordinance Number 4037 approved by Mayor Maczka |
| 29A | May 20, 2014 City of Richardson City Plan Commission Minutes |
| 29B | May 20, 2014 City of Richardson City Plan Commission Video in which Mark Jordan participated |
| 30 | June 3, 2014, City of Richardson City Plan Commission minutes |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 31 | June 3, 2014 City of Richardson City Plan Commission video in which Mark Jordan participated |
| 32 | June 9, 2014 City of Richardson City Council minutes |
| 33 | June 9, 2014 City of Richardson City Council video in which Mayor Maczka and Mark Jordan participated |
| 34 | June 9, 2014 City of Richardson Ordinance Number 4051 approved by Mayor Maczka |
| 35 | August 25, 2014 JP Realty Partners letter written to Dan Johnson regarding a Request for Development Incentives and signed by Mark Jordan |
| 36 | September 22, 2014 City of Richardson City Council minutes |
| 37 | September 22, 2014 City of Richardson City Council video in which Mayor Maczka participated |
| 38A | February 27, 2015 Application for a place on the City of Richardson General Election |
| 38B | Local Government Officer Conflicts Disclosure Statement Form CIS signed by Mayor Maczka and notarized on March 19, 2015 |
| 39 | Conflict of Interest Questionnaire Form CIQ signed and dated by Mark Jordan on March 19, 2015 |
| 41 | April 20, 2015 Richardson City Council meeting video in which Mayor Maczka participated |
| 42 | April 27, 2015 City of Richardson City Work Session and Council Meeting minutes |
| 43 | April 27, 2015 City of Richardson City Council meeting video |
| 44 | April 28, 2015 City of Richardson City Council Special Called meeting minutes related to the City Ethics investigation regarding Mayor Maczka and Mark Jordan and the Palisades property votes |
| 45 | April 28, 2015 City of Richardson City Council Special Called Meeting video related to the City Ethics investigation regarding Mayor Maczka and Mark Jordan and the Palisades property votes |
| 47 | George Staples letter dated April 9, 2015 written to Mark Jordan |
| 48 | George Staples letter dated April 9, 2015 written to James Shepherd |
| 49 | James Shepherd letter dated April 17, 2015 to George Staples |
| 50A | May 7, 2015 DEDA |
| 50B | May 18, 2015 City of Richardson City Council minutes |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 51 | Palisades Sign Photos showing Laura Maczka taken November 18, 2015 |
| 52 | January 7, 2014 Bearden Private Investigation video of Mayor Maczka and Mark Jordan at Watters Creek |
| 53 | Six still photos from video of Mayor Maczka and Mark Jordan at Watters Creek on January 7, 2014 |
| 56 | Holiday Inn Invoice for night of January 7, 2014 |
| 57 | American Airlines Travel Records for Mark Jordan for AA flight 259 on January 13, 2014 from (DFW) Dallas/Fort Worth, Texas to (SLC) Salt Lake City, Utah, and AA flight 1658 on January 20, 2014 from (COS) Colorado Springs, Colorado, to (DFW) Dallas/Fort Worth, Texas |
| 58 | Delta Airline Travel Records for Mayor Maczka for Delta flight 5815 on January 14, 2014 from (DFW) Dallas/Fort Worth, Texas, to (SLC) Salt Lake City, Utah |
| 59 | American Airlines Travel Records for Mayor Maczka for AA flight 2336 on January 16, 2014 from (SLC) Salt Lake City, Utah to (DFW) Dallas/Fort Worth, Texas |
| 60 | Receipts and Records from Deer Valley Resort in Park City, Utah, Dated January 13 through 19, 2014 to Mark D. Jordan |
| 61 | Deer Valley Resort Photos |
| 62 | Crown Limousine in Austin invoice dated February 12, 2014 for Mark Jordan in the amount of $207.69 |
| 63 | Invoice from the Driskill Hotel in Austin dated February 12, 2014 showing Mayor Maczka was booked for one night but was listed as "No Show" |
| 64 | Southwest Airlines travel records for Mayor Maczka showing round trip travel from flight 1793 (DAL) Dallas, Texas to (AUS) Austin, Texas on February 12, 2014 and on the return flight 1015 |
| 65 | Southwest Airlines travel records for Mark Jordan showing round trip travel from flight 426 (DAL) Dallas, Texas to Austin, Texas on February 12, 2014 and on the return flight 1015 |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 66 | American Airlines Travel Records for Mayor Maczka for AA flight 189 on April 15, 2014 from (DFW) Dallas/Fort Worth, Texas to (SJC) San Jose, California, and AA flight 2410 on April 18, 2014 from (LAX) Los Angeles, California, to (DFW) Dallas/Fort Worth, Texas |
| 67 | American Airlines Travel Records for Mark Jordan for AA flight 2419 on April 16, 2014 from (DFW) Dallas/Fort Worth, Texas to (LAX) Los Angeles, California, and AA flight 2410 on April 18, 2014 from (LAX) Los Angeles, California, to (DFW) Dallas/Fort Worth, Texas |
| 68 | Mark Jordan receipt from CordeValle Resort in San Martin, California, dated April 16 and 17, 2014 |
| 69 | Screen Shots Hotel Reservations |
| 70 | Photos of CordeValle Resort |
| 71 | Southwest Airlines travel records P.23-29 Mayor Maczka's travel record showing her flying on SW flight 1716 from San Jose, California (SJC) to Los Angeles, California (LAX) on April 17, 2014 |
| 72 | Receipt from The Ritz-Carlton Marina Del Rey dated April 17 to April 18, 2014 |
| 73 | Photos of The Ritz-Carlton, Marina Del Rey |
| 74 | American Airlines Flight Manifest for AA flight 2410 on April 18, 2014 from (LAX) Los Angeles, California, to (DFW) Dallas/Fort Worth |
| 76 | American Airlines Travel Records for Mark Jordan for AA flight 2431 on June 25, 2014 from (DFW) Dallas/Fort Worth, Texas to (LAX) Los Angeles, California, and AA flight 1554 on June 27, 2014 from (SNA) Santa Anna, California, to (DFW) Dallas/Fort Worth, Texas |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 77 | American Airlines Travel Records for Mayor Maczka for AA flight 1547 on June 25, 2014 from (DFW) Dallas/Fort Worth, Texas to (SNA) Santa Anna, California, and AA flight 1554 on June 27, 2014 from (SNA) Santa Anna, California, to (DFW) (seat 5F) Dallas/Fort Worth, Texas |
| 78 | Invoice for two night stay, arriving on June 25, 2014 and departing on June 27, 2014 at The Ritz-Carlton, Laguna Niguel, California |
| 79 | Photos of The Ritz-Carlton, Laguna Niguel |
| 80 | American Airlines Travel Records for Mayor Maczka for AA flight 1554 on August 13, 2014 from (DFW) Dallas/Fort Worth, Texas to (SNA) Santa Anna, California, and AA Flight 1176 on August 15, 2014 from (SNA) Santa Anna, California, to (DFW) Dallas/Fort Worth, Texas |
| 81 | American Airlines Travel Records for Mark Jordan for AA flight 1554 on August 13, 2014 from (DFW) Dallas/Fort Worth, Texas, to (SNA) Santa Anna, California, and AA Flight 1176 on August 15, 2014 from (SNA) Santa Anna, California, to (DFW) Dallas/Fort Worth, Texas |
| 82A | American Airlines Flight Manifest for AA flight 1554 on August 13, 2014 from (DFW) Dallas/Fort Worth, Texas, to (SNA) Santa Anna, California showing Mayor Maczka and Mark Jordan |
| 82B | American Airlines Flight Manifest for AA flight 1176 on August 15, 2014 from (DFW) Dallas/Fort Worth, Texas, to (SNA) Santa Anna, California |
| 83 | Invoice for Montage Hotel, Laguna Beach, California with a $2,511.13 charge for stay from August 13 to 15, 2014 |
| 84 | Photos of Montage Laguna Beach Hotel, Laguna Beach |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 85 | American Airlines Travel Records for Mayor Maczka for AA flight 2996 on September 13, 2014 from (DFW) Dallas/Fort Worth, Texas, to (VPS) Destin/Fort Walton Beach, Florida, and AA flight 3129 on September 18, 2014 from (VPS) Destin/Fort Walton Beach, Florida to (DFW) Dallas/Fort Worth, Texas |
| 86 | Receipt for the Pearl Hotel at Rosemary Beach, Florida from September 16 to 18, 2014 |
| 87 | Photos of the Pearl Hotel at Rosemary Beach |
| 88 | American Airlines Travel Records for Mark Jordan for AA flight 2530 on September 16 2014 from (DFW) Dallas/Fort Worth to (MOB) Mobile |
| 89 | American Airlines Travel Records for Mark Jordan for AA flight 3129 on September 18, 2014 from (VPS) Destin/Fort Walton Beach, Florida to (DFW) Dallas/Fort Worth, Texas |
| 90 | American Airlines Flight Manifest for AA flight 3129 on September 18, 2014 from (VPS) Destin/Fort Walton Beach, Florida, to (DFW) Dallas/Fort Worth, Texas |
| 91 | Southwest Airlines Travel Records for Mayor Maczka for SWA flight 4855 on December 9, 2014 from (DAL) Dallas, Texas to (BHM) Birmingham, Alabama, |
| 92 | Southwest Airlines Travel Records for Mark Jordan for SWA flight 4855 on December 9, 2014 from (DAL) Dallas, Texas to (BHM) Birmingham, Alabama |
| 93A | American Airlines Travel Records for Mayor Maczka for AA flight 2401 on January 23, 2015 from (DFW) Dallas/Fort Worth, Texas, to (LAX) Los Angeles, California and AA flight 2628 on the same day from (LAX )to (SLC) Salt Lake City, Utah |
| 93B | American Airlines Travel Records for Mayor Maczka for AA flight 2628 on January 23, 2015 from (LAX ) to (SLC) Salt Lake City, Utah |
| 94 | American Airlines Travel Records for Mark Jordan for AA flight 147 on January 23, 2015 from (DFW) Dallas/Fort Worth, Texas to (SLC) Salt Lake City, Utah |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 95 | American Airlines Travel Records for Mayor Maczka for AA flight 304 on January 28, 2015 from (SLC) Salt Lake City, Utah to (DFW) Dallas/Fort Worth, Texas |
| 96 | American Airlines Travel Records for Mayor Maczka for AA flight 1086 on January 31, 2015 from (DFW) Dallas/Fort Worth, Texas, to (SLC) Salt Lake City, Utah and American Airlines flight 1109 on February 1, 2015 from (SLC) Salt Lake City, Utah to (DFW) Dallas Ft. Worth |
| 97 | American Airlines Travel Records for Mark Jordan for AA flight 1109 on February 1, 2015 from (SLC) Salt Lake City, Utah to (DFW) Dallas/Fort Worth, Texas |
| 98 | American Airlines Travel Records for Mayor Maczka for AA flight 1228 on February 11, 2015 from (DFW) Dallas/Fort Worth, Texas to (SLC) Salt Lake City, Utah returning DFW on February 15, 2015 on AA flight 50 |
| 99 | American Airlines Travel Records for Mark Jordan for AA flight 1228 on February 11, 2015 from (DFW) Dallas/Fort Worth, Texas to (SLC) Salt Lake City, Utah returning DFW on February 15, 2015 on AA flight 50 |
| 100 | Southwest Airlines Travel Records for Mayor Maczka for flight 3426 on February 21, 2015 from (AUS) Austin, Texas to (LAS) Las Vegas, Nevada |
| 101 | American Airlines Travel Records for Mark Jordan for AA flight 1181 on February 21, 2015 from (DFW) Dallas/Fort Worth, Texas to (LAS) Las Vegas, Nevada returning to DFW on February 22, 2015 on AA flight 1528 |
| 102 | American Airlines Travel Records for Mayor Maczka for AA flight 1528 on February 22, 2015 from (LAS) Las Vegas, Nevada returning to (DFW) Dallas/Fort Worth |
| 103 | American Airlines Travel Records for Mayor Maczka for AA flight 5727 on March 11, 2015 from (DFW) Dallas/Fort Worth to (DRO) Durango, Colorado, returning on March 15, 2015 from (MTJ) Montrose, Colorado to (DFW) Dallas/Fort Worth on AA flight 5812 |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 104 | American Airlines Travel Records for Mark Jordan for AA flight 5727 on March 11, 2015 from (DFW) Dallas/Fort Worth, Texas to (DRO) Durango, Colorado returning on March 15 2015 from (MTJ) Montrose, Colorado to (DFW) Dallas/Fort Worth, Texas on AA flight 5812 |
| 105 | American Airlines Travel Records for Mayor Maczka for AA flight 2497 on March 29 2015 from (DFW) Dallas/Fort Worth, Texas to (LAX) Los Angeles, California returning on March 31, 2015 to (DFW) Dallas/Fort Worth on AA flight 2406 |
| 106 | American Airlines Travel Records for Mark Jordan for AA flight 2425 on March 29, 2015 from (DFW) Dallas/Fort Worth, Texas to (LAX) Los Angeles, California returning on March 31, 2015 to (DFW) Dallas/Fort Worth on AA flight 2406 |
| 107 | American Airlines Travel Records for Mayor Maczka and Mark Jordan for AA flight 2563 on April 23, 2015 from (DFW) Dallas/Fort Worth, Texas, to (VPS) Destin/Fort Walton Beach, Florida, and returning on AA flight 2567 on April 25, 2015 from (VPS) Destin/Fort Walton Beach, Florida to (DFW) Dallas/Fort Worth, Texas |
| 108 | American Airlines Travel Records for Mayor Maczka for AA flight 1473 on June 4, 2015 from (DFW) Dallas/Fort Worth, Texas to (ATL) Atlanta, Georgia and returning on AA flight 1641 on June 7, 2015 from (ATL) Atlanta, Georgia to (DFW) Dallas/Fort Worth, Texas |
| 109 | American Airlines Travel Records for Mark Jordan for AA flight 1473 on June 4, 2015 from (DFW) Dallas/Fort Worth, Texas to (ATL) Atlanta, Georgia and returning on AA flight 1641 on June 7, 2015 from (ATL) Atlanta, Georgia to (DFW) Dallas/Fort Worth, Texas |
| 110 | American Airlines Travel Records for Mayor Maczka and Mark Jordan for AA flight 2198 on June 24, 2015 from (DFW) Dallas/Fort Worth, Texas to (TPA) Tampa, Florida, returning on AA flight 2457 on June 27, 2015 from (TPA) Tampa, Florida to (DFW) Dallas/Fort Worth, Texas |
| 111 | Receipt for the Montage Beverly Hills Hotel from March 29, 2015 to March 31, 2015 in the amount of $4,538.83 |
| 112 | Photos Montage Beverly Hills |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 113 | Map/Summary of Travel – locations and dates |
| 118 | ViewPoint/Legacy Bank signature card for Mark Jordan's business accounts |
| 119 | ViewPoint/Legacy Bank statements for Sooner National Property Management account ending in 3358 |
| 120 | Mark Jordan's Wells Fargo Consumer Account Application and signature card dated December 28, 2012, for PMA Premier Checking Account ending with 2912 |
| 121 | Mark Jordan's Wells Fargo Premier Checking Account statement ending with 2912 for the period from September 1 to 30, 2014 |
| 122 | Mayor Maczka's Wells Fargo Consumer Account Application and signature card dated September 8, 2014, for PMA Premier Checking Account ending with 1020 |
| 123 | Mayor Maczka's Wells Fargo Statements Preferred Checking Statements, Account ending 1020 for the period from September 8 to October 6, 2014 |
| 124 | Mark Jordan's Wells Fargo Premier Checking Account statement ending with 2912 for the period from October 1 to 31, 2014 |
| 125 | Mayor Maczka's Wells Fargo Consumer Account Application and signature card dated October 8, 2014, for PMA Premier Checking Account ending with 4928 |
| 126 | Mayor Maczka's Wells Fargo Statements Preferred Checking Statements, Account ending 4928 for the period from October 1 to 31, 2014 |
| 127 | Mark Jordan's Wells Fargo Premier Checking Account statement ending with 2912 for the period from November 1 to 30, 2014 |
| 128 | Mayor Maczka's Wells Fargo Statements Preferred Checking Statements, Account ending 4928 for the period from November 1 to 30, 2014 |
| 129 | Mark Jordan's Wells Fargo Premier Checking Account statement ending with 2912 for the period from December 1 to 31, 2014 |
| 130 | Mark Jordan's Wells Fargo Credits and Debits sheet from July 2014 to December 2014 |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 131 | Mayor Maczka's Wells Fargo Statements Preferred Checking Statements, Account ending 4928 for the period from December 1 to 31, 2014 |
| 132 | Mayor Maczka's Wells Fargo Consumer Account records for account ending in 4928 |
| 133 | Mark Jordan's Wells Fargo Premier Checking Account statement ending with 2912 for the period from January 1 to 31, 2015 |
| 134 | Mayor Maczka's Wells Fargo Statements Preferred Checking Statements, Account ending 4928 for the period from January 1 to 31, 2015 |
| 135 | Mark Jordan's Wells Fargo Premier Checking Account statement ending with 2912 for the period from February 1 to 28, 2015 |
| 136 | Mayor Maczka's Wells Fargo Statements Preferred Checking Statements, Account ending 4928 for the period from February 1 to 28, 2015 |
| 137 | Mayor Maczka's Wells Fargo Statements Preferred Checking Statements, Account ending 4928 for the period from March 1 to 31, 2015 |
| 138 | Mayor Maczka's Wells Fargo Statements Preferred Checking Statements, Account ending 4928 for the period from April 1 to April 31, 2015 |
| 139 | Citi Credit Card Statement for Account of Mark D. Jordan, J&P Realty, Inc. ending with 3665 for Period of December 10, 2013 – January 8, 2014 |
| 140 | Citi Credit Card Statement for Account of Mark D. Jordan, Sooner National Property Management, ending with 3796 for Period of December 21, 2013 – January 21, 2014 |
| 141 | Citi Credit Card Statement for Account of Mark D. Jordan, J&P Realty, Inc. ending with 3665 for Period of January 9, 2014 – February 10, 2014 |
| 142 | Citi Credit Card Statement for Account of Mark D. Jordan, J&P Realty, Inc. ending with 3665 for Period of February 11, 2014 – March 10, 2014 |

| EX. NO. | DESCRIPTION |
|---|---|
| 143 | Citi Credit Card Statement for Account of Mark D. Jordan, Sooner National Property Management, ending with 3796 for Period of March 22, 2014 – April 21, 2014 |
| 144 | Citi Credit Card Statement for Account of Mark D. Jordan, J&P Realty, Inc. ending with 3665 for Period of April 9, 2014 – May 8, 2014 |
| 145 | Citi Credit Card Statement for Account of Mark D. Jordan, J&P Realty, Inc. ending with 3665 for Period of June 10, 2014 – July 8, 2014 |
| 146 | Citi Credit Card Statement for Account of Mark D. Jordan, J&P Realty, Inc. ending with 3665 for Period of July 7, 2014 – August 8, 2014 |
| 147 | Citi Credit Card Statement for Account of Mark D. Jordan, J&P Realty, Inc. ending with 3665 for Period of August 9, 2014 – September 8, 2014 |
| 148 | Citi Credit Card Statement for Account of Mark D. Jordan, J&P Realty, Inc. ending with 3665 for Period of September 9, 2014 – October 8, 2014 |
| 149 | Summary of withdrawals/deposits |
| 150 | Summary timeline of significant events and things of value |
| 158 | May 13, 2013 email from Mark Jordan at MJordan@JPpartners.net to Mayor Maczka at lauramaczka@sbcglobal.net titled "RE: For the first time ever" |
| 159 | October 10, 2013 email chain between Mayor Maczka at Laura4richardsonmayor@gmail.com and Mark Jordan at MJ@soonermanagment.com titled "Re:  Lunch" |
| 160 | October 29, 2013  email from Mark Jordan at MJordan@JPpartners.net to Mayor Maczka at Laura4richardsonmayor@gmail.com subject line "RE: Palisades Development Zoning File Number ZF 13-13" |

13

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 162 | November 1, 2013 email from Mark Jordan Mjordan@JPpartners.net, to Laura Maczka lauramaczka@sbcglobal.net titled "Fwd: Shops at Legacy Bus Stop" |
| 163 | November 14, 2013 email chain from Laura4richardsonmayor@gmail.com to Mjordan@JPpartners.net, titled "Re: Email revised" |
| 164 | November 21, 2013 email from Mayor Maczka at lauramaczka@sbcglobal.net to Mark Jordan at MJordan@jppartners.net titled "Fwd: CCHA Update: Palisades Statement to City Planning Commission" |
| 165 | November 26, 2013 email Mark Jordan at Mjordan@JPpartners.net to Mayor Maczka at lauramaczka@sbcglobal.net titled "FW: Palisades FAQ" |
| 166 | November 29, 2013 email from Rebecca Day to Mayor Maczka and Steve Mitchell titled "Please clarify your stance on building apartments near our neighborhood" |
| 167 | December 3, 2013 email chain sent from Mark Jordan at Mjordan@JPpartners.net to Mayor Maczka at lauramaczka@sbcglobal.net titled "RE: CCHA Update:  Palisades Development History, Context and FAQs" |
| 168B | December 6, 2013 email chain from Laura Maczka to Mark Jordan titled "Fwd: Q2" |
| 169A | December 10, 2013 email chain from Laura Maczka to Mark Jordan titled "It's not all bad!" |
| 169B | December 10, 2013 email from Julie Andrews to Mayor Maczka and six other Richardson City Council members titled "Palisades rezoning consideration" |
| 169D | December 11, 2013 email chain between steve.mitchell@hotmail.com and lauramaczka@sbcglobal.net titled "Re:  quote verification" |
| 170 | December 12, 2013 email chain from Mayor Maczka at lauramaczka@sbcglobal.net to Mjordan@JPpartners.net titled "Re: Palisades Village" |

| EX. NO. | DESCRIPTION |
|---|---|
| 171 | December 30, 2013 email chain from Mark Jordan to Laura Maczka titled "FW: Wildflower Festival Operations" |
| 172 | January 13, 2014 email chain from Mayor Maczka at Laura4richardsonmayor@gmail.com to Mjordan@JPpartners.net titled "RE:  Thank you, and follow up meeting in January…" |
| 173 | January 16, 2014 email chain from Mark Jordan at Mjordan@JPpartners.net to Mayor Maczka at lauramaczka@sbcglobal.net titled "FW:  Palisades Phasing Plan" |
| 174 | January 21, 2014 email chain from Mark Jordan to Mayor Maczka  at lauramaczka@sbcglobal.net titled "FW: Palisades" |
| 175A | March 13, 2014 at 1:16 p.m. email chain from Mayor Maczka at lauramaczka@sbcglobal.net to Mark Jordan titled "RE: FW: Palisades" |
| 175B | March 13, 2014 at 5:58 p.m. email chain from Mayor Maczka at lauramaczka@sbcglobal.net to Laura.Maczka@cor.gov titled "FW: Palisades" |
| 175C | May 14, 2014 email chain sent by patsimmonsco@aol.com to lauramaczka@sbcglobal.net and numerous other email accounts titled "Re:  Palisades" |
| 176 | March 21, 2014 email chain from Mark Jordan to Mayor Maczka at laura.maczka@cor.ogv titled "FW: Termite report for Twin Oaks" |

| EX. NO. | DESCRIPTION |
|---|---|
| 177 | March 21, 2014 email chain from Mark Jordan to Mayor Maczka at laura.maczka@cor.gov titled "FW: Inspection Report -6520 Twin Oaks" |
| 178 | March 26, 2014 email from Jenny Sanchez at Jenny.Sanchez@cor.gov to Laura4richardsonmayor@gmail.com titled "American Airlines Flight Schedule to San Jose, CA – April 15-17" |
| 179 | City of Richardson provided travel records for Travel to San Jose, California for an Economic Development related trip on April 15-17, 2014 with an email dated March 26, 2014  from Mayor Maczka to Jenny Sanchez |
| 180 | May 20, 2014 email from Sarah Jager to Mayor Maczka titled "Palisades Development – No More apartments" |
| 181 | May 21, 2014 Calendar entry for Del Frisco's Grille, 3232 McKinney Ave., Dallas for 11:30 a.m. to 12:30 p.m. |
| 182 | June 6, 2014 at 12:35 p.m. email chain from Mark Jordan to Laura Maczka titled "Fwd: UDR- construction cost" |
| 183 | June 6, 2014 at 12:58 p.m. email chain from Mark Jordan to Laura Maczka titled "Fwd: Met Life buys 50% of UDR – Virtuvian Park" |
| 184 | June 6, 2014 at 2:44 p.m. email chain from Laura Maczka to Scott Dunn and Dan Johnson titled "Fwd: Met Life buys 50% of UDR – Virtuvian Park" |
| 185 | October 21, 2014 email from Jackie Dellinger at Jackie@kdcommercial.net to Mayor Maczka at Laura4richardsonmayor@gmail.com titled "Re:  Address Etc" |
| 186 | November 13, 2014 email from Mayor Maczka Laura4richardsonmayor@gmail.com  to Jackie Pennington Jackie@kdcommercial.net titled "Re:  Maczka Residence 301 Overcreek.pdf" |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 187 | March 4, 2015 email from Jill Jefferson to Mayor Maczka at lauramaczka@sbcglobal.net cc'd to Mark Jordan at Mjordan@jppartners.net titled "Handbook" |
| 188 | March 11, 2015 email from Jill Jefferson to Mayor Maczka at laurmaczka@sbcglobal.net titled "RE:  Updated Offer Letter" with an attached employment offer letter from Sooner National Property Management LP dated 03/02/2015 |
| 189 | Responses to March 11, 2015 email from Jill Jefferson to Mayor Maczka, at lauramaczka@sbcglobal.net titled "RE:  Updated Offer Letter" |
| 190 | March 28, 2015 email from Gary Riggs Home to Mjordan@jppartners.net titled "Jefferson Work Order" |
| 191 | April 20, 2015 email from Mayor Maczka at Laura4richardsonmayor@gmail.com to Greg Sowell titled "WFAA" |
| 192 | April 20, 2015 email chain, interview between Dallas Morning News reporter and Mayor Maczka at laura4richardsonmayor@gmail.com titled "Re: Questions" |
| 193 | April  27, 2015 email chain forwarded from Mark Jordan MJ@soonermanagement.com to Mayor Maczka Lmaczka@JPpartners.net titled Fwd:  CCHA Update:  Palisades Development History, Context and FAQs" |
| 194 | May 18, 2015 email from Ross Lyle to Mayor Maczka at Lmaczka@jpartners.net titled "Re:  sunglasses" |
| 195 | May 22, 2015 email chain between Laura Maczka at lauramaczka@sbcglobal.net and Wendy Hundley titled "Re:  Personal" |
| 196 | August 14, 2015 email chain from Laura Maczka to Sarah Dodd, cc'ing Mark Jordan titled "Re: Builders plan hundreds of homes, apartments in $700 million Richardson project – Dallas Morning News" |
| 197 | November 2, 2015 email chain from Mayor Maczka Lmaczka@JPPartners.net to Mark Jordan Mjordan@JPpartners.net titled "<br>RE: JP-Palisades III and IV to WDF-4 Wood Palisades Owner" |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 208B | Transcript Audio October 9, 2015 3:18 p.m. phone call Jackie Pennington and Mark Jordan |
| 209A | Video October 18, 2016 meeting Sarah Catherine Norris and Mark Jordan |
| 209B | Transcript Video October 18, 2016 meeting Sarah Catherine Norris and Mark Jordan |
| 211 | April 2, 2015 WFAA Channel 8 News story still photo |
| 212B | Video footage of WFAA Channel 8 News story which aired on April 24, 2015 |
| 212D | Video footage of WFAA Channel 8 News story which aired on April 24, 2015 |
| 212E | Video footage of WFAA Channel 8 News story which aired on April 24, 2015 |
| 213 | May 14,  2013 email from and to Sarah Catherine Norris Subject: MJ-emailed |
| 214 | August 29, 2014 email from and to Sarah Catherine Norris Subject: MJ-emailed Pam |
| **215** | **2015 Sooner National Property Mgt. LP General Ledger** |
| **218** | **July 7, 2015 Mark Jordan's Response to Interrogatories by Karen Jordan in Case #15-00340-362, Denton County, Texas, District Court** |
| **219** | **K-D Commercial Flooring for Mayor Maczka's residence** |
| **224** | **Gary Riggs Home Furniture receipt/invoices, dated January to March 2015** |
| **225** | **Texas Workforce Commission Records for Mayor Maczka** |
| **226** | **Mayor Maczka Dermatologist file for visits on December 4, 2014 and April 6, 2015** |

19

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 227 | Collin County Marriage License for Mark and Laura Jordan dated June 5, 2017 |
| 228 | 2014 Mayor Maczka and Michael Maczka U.S. tax return |
| 229 | 2015 Mayor Maczka U.S. tax return |
| 230 | 2014 Mark and Karen Jordan U.S. tax return |
| 231 | 2015 Mark Jordan U.S. tax returns |
| 232 | 2015 U.S. tax Return of Partnership Income for Sooner National Property Management LP |
| 236 | October 18, 2013 Google Earth Image of the Palisades property |
| 237 | Overhead photo of the Palisades property presented to the Richardson Plan Commission on November 5, 2013 |
| 238 | September 6, 2017 Google Earth Image of the Palisades property |
| 239 | Julia Porter Invoices to Mayor Maczka |
| 240 | February 21, 2015 email chain between Julia Porter and Mayor Maczka at laura4richardsonmayor@gmail.com titled "Re: Disappointed" |
| 241 | February 20, 2015 email chain between Mayor Maczka at laura4richardsonmayor@gmail.com and Julia Porter titled "Fwd: Palisades Opposition" |
| 243 | Facebook Messages between Mayor Maczka and Julia Porter from September 7, 2014 to October 22, 2014 |
| 244 | Photograph of check in envelope with "Witch" written on the check and copy of complete check dated January 12, 2018 with "witch" and ☺ written on it |
| 245 | Case Summary Sheet and Original Petition for Divorce related to Mark and Karen Jordan dated January 15, 2015 |

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 246 | Agreed Final Decree of Divorce related to Mark and Karen Jordan dated August 16, 2016 |
| 247 | Agreed Final Decree for Divorce related to Michael and Laura Maczka dated January 8, 2015 |
| 248 | City of Richardson Press Release May 16, 2018 |
| 249 | Sooner Management Leasing Report for active leases for various properties |
| 250 | Summary for 249 |
| 251 | Demand for Arbitration listing JP-RICHARDSON, LLC, as the plaintiff, and  KBS SOR RICHARDSON PORTFOLIO JV, LLC, as the respondents dated January 10, 2018 |
| 252 | Deposition of Mark Jordan Dated November 12, 2018 |
| 253 | Deposition of Mark Jordan Dated October 16, 2018 |
| 255 | January 23, 2019 Certification of License History for Mark Jordan |
| 256 | Texas Real Estate Commission Ethics MCE, Edition 2.1 dated March 2006 |
| 257 | Texas Real Estate Commission Ethics MCE, Edition 3.0 dated September 2007 |
| 258 | Texas Real Estate Commission Ethics MCE, Edition 5.0 |
| 260 | January 23, 2019 Certification of License History for Tor Erickson |
| 261 | January 24, 2019 Certification of records search for Laura Maczka |
| 262 | Lease Approval/Summaries for 2015 signed by Laura Maczka (Leasing Agent) |
| 263 | Lease Approval/Summaries for 2016 signed by Laura Maczka (Leasing Agent) |

21

| EX. NO. | DESCRIPTION |
|---------|-------------|
| 264 | Lease Approval/Summaries for 2017 signed by Laura Maczka/Jordan (Leasing Agent) |
| 265 | Lease Approval/Summaries for January 10, 2018 signed by Laura Jordan (Leasing Agent) |
| 266 | Sooner Management Our People section screenshot from Wayback Machine  website dated December 27, 2015 through August 11, 2017 showing Laura Maczka as  "Leasing" |
| 267 | Sooner Management Our People screenshot from January 28, 2019 showing Laura Jordan as "HR, Communications and Administration" |
| 268 | Sooner Management Portfolio section screenshot from Wayback Machine website dated February 6, 2016 |
| 269 | Undated Sooner Management advertisement for The Aberdeen Building which lists Laura Maczka as a point of contact |
| 270 | Undated Sooner Management advertisement for The Atrium at Bent Tree |
| 271 | Amended Demand for Arbitration listing JP-RICHARDSON, LLC, as the plaintiff, and  KBS SOR RICHARDSON PORTFOLIO JV, LLC, as the respondents Dated January 25, 2018 |

Counsel signature indicating they are in agreement to this list and the exhibits.   March 6, 2019