IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case Number 4:18CR87 |
| LAURA JORDAN (1) <br> MARK JORDAN (2) | § § § | |

## AGREED MOTION FOR JURY QUESTIONNAIRE

TO THE HONORABLE AMOS L. MAZZANT JUDGE,
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS:

NOW COME defendants, **Laura Jordan and Mark Jordan**, by and through their attorneys of record and joined by the **United States** by and through its attorneys of record and respectfully submits this Agreed Motion for Jury Questionnaire. In support of such motion, the parties would respectfully show the Court as follows:

1. The questionnaire attached as Exhibit A is identical to the questionnaire agreed to by the parties, approved by this Court, and mailed to and completed by the prospective jurors in the first trial in this cause.

2. The parties respectfully request the Court send the questionnaire (Exhibit A) to the prospective jurors via U.S. mail with a return envelope with prepaid postage well in advance of trial to ensure the questionnaires are returned before the July 2, 2021 jury selection.

3. The parties request the Court provide the completed questionnaires to the parties at least three working days prior to jury selection to give the parties the opportunity to review the questionnaires and prepare for any follow-up questions with the jurors during jury selection.

Respectfully submitted,

*/s/ Jeff Kearney*
Jeff Kearney, TX Bar Number: 11139500
jkearney@kearneylawfirm.com
Catherine Stanley, TX Bar Number: 24110542
cstanley@kearneylawfirm.com
KEARNEY LAW FIRM
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76107
(817) 336-5600
(817) 336-5610 (fax)


*/s/ Dan Cogdell*
Dan L. Cogdell, Texas Bar No. 04501500
dcogdell@joneswalker.com
Jones Walker LLP
811 Main St, Suite 2900
Houston, TX 77002
(713) 437-1869
(713) 437-1810 (fax)

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 13, 2021 undersigned counsel conferred with Assistant United States Attorney Glenn Roque-Jackson, who stated the Government agrees with and joins the Defendants in the relief requested herein.

/s/ JEFF KEARNEY
**JEFF KEARNEY**

## *CERTIFICATE OF SERVICE*

I hereby certify on April 14, 2021 a true and correct copy of the foregoing Joint Motion for Jury Questionnaire was delivered to the Assistant United States Attorneys Glenn Roque-Jackson and Christopher Eason, via the Court's Electronic Case File system.

/s/ JEFF KEARNEY
**JEFF KEARNEY**