IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Case Number 4:18CR87 |
| | § | |
| LAURA JORDAN (1) | § | |
| a/k/a Laura Maczka | § | |
| MARK JORDAN (2) | § | |

### *DEFENDANT'S AMENDED JOINT NOTICE OF INTENT TO OFFER CERTIFIED DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY*

Pursuant to Federal Rules of Evidence 902(11) and 803(6), Defendants Mark Jordan and Laura Jordan hereby provide formal notice of intent to offer the following records, certified pursuant to Federal Rules of Evidence 902(11) and 803(6), as evidence at the trial of this case.

| Defendants' Joint Exhibit # | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 1 | Project Update Memorandum from Rodman Jordan to Mark Jordan 4/17/12 | | | |
| 2 | Letter from Rodman Jordan to David Moore 6/12/12 re Palisades III zoning and entitlement budget | | | |
| 3 | Centura Development Co., LLC Invoice 8/28/12 | | | |
| 4 | Email from Hank Mulvihill to Laura Maczka and Rodman Jordan September 2012 re neighborhood meeting | | | |
| 5 | GFF Response to Palisades Rezoning report 9/9/13 | | | |
| 6 | Rodman Jordan Palisades Village Development Entity Proposal 9/15/12 | | | |
| 7 | Palisades Village Meeting Agenda 9/17/12 | | | |

| Defendants' Joint Exhibit # | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 8 | Rodman Jordan Palisades Village Development Entity Proposal 9/20/12 | | | |
| 10 | Palisades Village Predevelopment Phasing Draft 10/8/12 | | | |
| 11 | Business Cards | | | |
| 12 | Samoo Palisades Phasing Maps | | | |
| 13 | Mark Jordan calendar entry 10/16/12 re Phase II Annex | | | |
| 14 | Mark Jordan calendar entry 10/30/12 re Charrette Meeting | | | |
| 15 | Mark Jordan calendar entry 11/3/12 re Phase II Planning | | | |
| 17 | Email from Mark Jordan to Rodman Jordan 11/28/12 re Delay in Entitlement Processing | | | |
| 18 | Letter from Rodman Jordan to Larry Good 12/5/12 re Samoo | | | |
| 19 | Letter from Rodman Jordan to Mark Jordan 1/2/13 re Notice of Delay | | | |
| 20 | Email from Woochun Rah to Mark Jordan and Rodman Jordan 1/9/13 re Samsung Meeting | | | |
| 21 | Palisades presentation to Canyon Creek Homeowners Association 10/23/13 | | | |
| 23 | GFF Palisades Planned Development Code Draft 10/25/13 | | | |
| 25 | GFF Palisades Master Plan Map 4/30/14 | | | |
| 25A | GFF Palisades Master Plan Map 4/30/14 Enlarged and Mounted | | | |
| 26 | Palisades Central Information Pamphlet | | | |
| 27 | Palisades Central Development Photo | | | |
| 28 | Palisades Central Development Photo 4/2/14 | | | |

*DEFENDANT'S JOINT MOTION TO PRE-ADMIT EXHIBITS AND*
*NOTICE OF INTENT TO OFFER CERTAIN RECORDS*
*USA v. JORDAN*
*4:18CR087*

2

| Defendants' Joint Exhibit # | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 29 | GFF Palisades Parcel Plan 6/18/14 | | | |
| 30 | GFF Palisades Proposed Phasing Plan and Regulating Plan | | | |
| 32 | JP Partners Articles of Incorporation | | | |
| 33 | Google Earth Photo - Palisades - County Line shown | | | |
| 34 | Photo Palisades Land with Phasing Included | | | |
| 35 | Aerial photograph of Palisades site, US 75, and Galatyn Rail Station | | | |
| 43 | Development and Economic Development Agreement Palisades | | | |
| 45 | City of Richardson Map | | | |
| 45A | City of Richardson Map Enlarged and Mounted | | | |
| 47 | Email from Mark Jordan and Steve Mitchell re lunch at Del Frisco Grill | | | |
| 50 | Urban Land Institute Advisory Services Panel Report for Richardson, Texas 2001 | | | |
| 52 | City of Richardson 2009 Comprehensive Plan | | | |
| 58 | Richardson City Council Minutes, January 31, 2011. | | | |
| 58A | City Council Meeting Video January 31, 2011. | | | |
| 59 | Richardson City Council Minutes, February 14, 2011 | | | |
| 60 | Richardson City Council Minutes, May 12, 2014 | | | |
| 62 | Richardson City Council Minutes, September 24, 2012 | | | |
| 62A | City Council Meeting Video, September 24, 2012 | | | |

*DEFENDANT'S JOINT MOTION TO PRE-ADMIT EXHIBITS AND NOTICE OF INTENT TO OFFER CERTAIN RECORDS*
*USA v. JORDAN*
*4:18CR087*

3

| Defendants' Joint Exhibit # | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 63 | Richardson City Council Minutes, October 22, 2012 | | | |
| 63A | City Council Meeting Video, October 22, 2012 | | | |
| 64 | Richardson City Council Minutes, November 12, 2012. | | | |
| 64A | City Council Meeting Video, November 12, 2012. | | | |
| 65 | Richardson City Council Minutes, January 28, 2013. | | | |
| 65A | City Council Meeting Video, January 28, 2013. | | | |
| 66 | City of Richardson report: Samsung Campus Considerations 1/15/14 | | | |
| 67 | City of Richardson Staff Report to City Council 12/5/13 re Palisades PD Code | | | |
| 68 | City of Richardson Staff Report to City Council 6/5/14 re Palisades PD Code | | | |
| 70 | CityLine-Bush Profile Brochure | | | |
| 71 | City of Richardson City Council Minutes, May 22, 2017 | | | |
| 72 | City Council Meeting Minutes, January 17, 2011 | | | |
| 72A | City Council Meeting Video, January 17, 2011 | | | |
| 73 | Palisades Zoning Packet 12/9/2013 | | | |
| 73A | Palisades Zoning Notice 13-13 dated 6/17/2013 | | | |
| 73B | GFF Letter to Michael Spicer re Applicant's Statement of Intent 6/27/2013 | | | |
| 73C | City Council Memo re Palisades PD Code 12/5/2013 | | | |
| 73D | CPC Meeting Minutes Zoning file 13-13 excerpt 11/5/2013 | | | |

*DEFENDANT'S JOINT MOTION TO PRE-ADMIT EXHIBITS AND  
NOTICE OF INTENT TO OFFER CERTAIN RECORDS*  
*USA v. JORDAN*  
*4:18CR087*

4

| Defendants' Joint Exhibit # | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 73E | CPC Meeting Minutes Zoning file 13-13 excerpt 11/19/2013 | | | |
| 73F | Palisades Planned Development Code 1/27/2014 | | | |
| 73G | Illustrative Master Plan | | | |
| 73H | Presentation to City Council 6/9/2013 | | | |
| 74 | Palisades Zoning Packet 6/9/2014 | | | |
| 74A | Palisades Zoning Notice 13-14 dated 4/17/2014 | | | |
| 74B | Final Palisades Planned Development Code 6/9/2014 | | | |
| 74C | Comparison Excerpt - Entitled vs Proposed | | | |
| 74D | CPC Meeting Minutes Zoning file 14-13 excerpt 5/20/2014 | | | |
| 74E | CPC Meeting Minutes Zoning file 14-13 excerpt 6/3/2014 | | | |
| 74F | GFF Letter to Michael Spicer re Applicant's Statement of Intent 4/7/2014 | | | |
| 74G | Palisades Development Simulation Video | | | |
| 74H | City Council Memo re Palisades PD Code 6/5/2014 | | | |
| 81 | August 25, 2014 JP Realty Partners letter written to Dan Johnson regarding a Request for Development Incentives and signed by Mark Jordan | | | |
| 95 | 2017-07-13 - Letter from Mark to Mueller re Attorney/Client Privilege | | | |
| 145 | Mark Jordan AT&T Phone Records | | | |
| 150 | Text messages between Karen Jordan and SA Andy Walton | | | |
| 171 | City Council Meeting Minutes, May 18, 2015 | | | |

*DEFENDANT'S JOINT MOTION TO PRE-ADMIT EXHIBITS AND NOTICE OF INTENT TO OFFER CERTAIN RECORDS*
*USA v. JORDAN*
*4:18CR087*

5

| Defendants' Joint Exhibit # | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 172 | Election results for Richardson City Council for 2011 | | | |
| 173 | Election results for Richardson City Council for 2015 | | | |
| 174 | Election Results for Richardson City Council for 2013 | | | |
| 175 | Richardson Chamber of Commerce City Council Forum Candidate Responses 04/09/2011 | | | |
| 176 | Dallas Morning News Voter Guide: Richardson Mayor Candidate Q&A 2013 | | | |
| 179 | Laura Maczka for Richardson Mayor Email Archive 2013 | | | |
| 180 | Amir Omar Campaign Mailer 2013 | | | |
| 181 | Laura Maczka Campaign Mailer 2013 | | | |
| 182 | Amir Omar for Mayor Door Hanger 2013 | | | |
| 183 | Richardson Coalition Mayoral Election 2013 Voter's Guide | | | |
| 186 | Campaign Finance Report – MJ Contribution to Amir | | | |
| 187 | Campaign Finance Report – MJ Contribution to Laura | | | |
| 190 | Guest List for the Mayor's Christmas Party for 2011 | | | |
| 191 | Guest List for the Mayor's Christmas Party for 2012 | | | |
| 192 | Guest List for the Mayor's Christmas Party for 2013 | | | |
| 193 | Guest List for the Mayor's Christmas Party for 2014 | | | |
| 200 | American Express Business Bills for Sarah Catherine Norris Account ending 6-82000 | | | |

*DEFENDANT'S JOINT MOTION TO PRE-ADMIT EXHIBITS AND*
*NOTICE OF INTENT TO OFFER CERTAIN RECORDS*
*USA v. JORDAN*
*4:18CR087*

6

| Defendants' Joint Exhibit # | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 200A | American Express Bills for Sarah Catherine Norris Account ending 6-82000 | | | |
| 200B | Steve Scheets Summary Chart | | | |
| 200C | Steve Scheets Summary Chart | | | |
| 200D | Steve Scheets Summary Chart | | | |
| 201 | JP Realty Partners Frost Bank Acct ending in 1220 Statements and Payment Reports | | | |
| 202 | JP Realty Partners report July 2014 | | | |
| 203 | JP Realty Partners report Sept 2014 | | | |
| 204 | Sooner Management LLC Payroll Records 2012-2014 | | | |
| 205 | Sooner Management Citibank check register payments report | | | |
| 206 | Sooner Management LLC CitiBusiness Credit Card ending in 4824 Statements and Related Records | | | |
| 207 | Sooner Management CitiBusiness Card check register payments report | | | |
| 208 | Sooner Management Monthly Reports 2012-2014 | | | |
| 209 | Sooner Management LLC Frost Bank Acct ending in 9307 Statements | | | |
| 210 | Sooner National Property Mgmt LP Frost Bank Acct ending in 1069 Statements and Related Records | | | |
| 211 | Sooner National Property Management CitiBusiness card ending in 9377 Statements and Related Records | | | |
| 211 A | Sooner National Property Management CitiBusiness card ending in 9377 Statements | | | |

*DEFENDANT'S JOINT MOTION TO PRE-ADMIT EXHIBITS AND*
*NOTICE OF INTENT TO OFFER CERTAIN RECORDS*
*USA v. JORDAN*
*4:18CR087*

7

| Defendants' Joint Exhibit # | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 220 | J&P Realty Inc. CitiBusiness Card ending in 2518 Statements and Related Records | | | |
| 220A | J&P Realty Inc. CitiBusiness Card ending in 2518 Statements | | | |
| 221 | Mark Jordan American Express Card ending in 85008 Statements and Related Records | | | |
| 222 | Mark D Jordan or Karen Jordan Frost Bank Acct ending in 2676 Statements | | | |
| 223 | Mark Jordan Wells Fargo PMA account ending 2912 Statements | | | |
| 224 | Mark Jordan Wells Fargo PMA account ending 2912 – July 31, 2014 Statement | | | |
| 225 | Mark Jordan Wells Fargo PMA account ending 2912 – August 31, 2014 Statement | | | |
| 230 | Sarah Catherine Norris YARDI Entries 2012-2014 | | | |
| 231 | Sarah Catherine Norris YARDI correspondence 2010-2014 | | | |
| 232 | Sooner National Property Management L.P. September 2014 Financial Reports | | | |
| 233 | Sooner Management LLC Payroll Records. | | | |
| 234A | Frost Bank Statements for Account Ending in 1069 | | | |
| 234B | Frost Bank Statements for Account Ending in 9307 | | | |
| 235 | Sooner Management LLC K-1s for Sarah Catherine Norris from 2008-2014 | | | |
| 237 | BBVA compass Records of Karen Jordan showing $55,000 check deposit | | | |
| 241 | Laura G Maczka USAA card ending in 5117 Statements | | | |
| 242 | Marriott Rewards card ending in 7991 Statements | | | |

| Defendants' Joint Exhibit # | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 243 | Mike J Maczka Chase Southwest Airlines Card ending in 3592 Statements | | | |
| 244 | Michael J Maczka US Bank card ending in 1733 Statements | | | |
| 245 | Mike J Maczka Chase Marriott Rewards card ending in 6158 Statements | | | |
| 246 | Mike J Maczka Jr Chase Freedom card ending in 3855 Statements | | | |
| 247 | Mike J Maczka Bank of America card ending in 9337 Statements and Application | | | |
| 248 | Mike Maczka Citibank card ending in 5617 Statements | | | |
| 249 | Michael J Maczka USAA checking account ending in 9421-0 Statements and Related Records | | | |
| 253 | Laura G Maczka Wells Fargo PMA account ending in 4928 Statements | | | |
| 256 | Laura G. Maczka Discover account ending in 9420 Statements | | | |
| 257 | Laura G. Maczka Chase account ending in 3670 Statements | | | |
| 260 | Sooner management chart reflecting salary by employee | | | |
| 261 | Photo of SA Andy Walton with Doug Ligon Band | | | |
| 264 | Gary Kroll Summary Chart of Known Sooner Management Distributions | | | |
| 265 | Sooner Management LLC K-1s for Mark Jordan 2008-2014 | | | |
| 268 | Sooner National Property Management Employee Guide-PTO Policy | | | |
| 269 | Sooner National YARDI entries | | | |
| 274 | Karen Jordan AT&T Phone Records | | | |

*DEFENDANT'S JOINT MOTION TO PRE-ADMIT EXHIBITS AND NOTICE OF INTENT TO OFFER CERTAIN RECORDS*
*USA v. JORDAN*
*4:18CR087*

9

| Defendants' Joint Exhibit # | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 275 | Email from Andrew Laska to Laura Maczka 2/18/2012 | | | |
| 276 | Email from Greg Sowell to Laura Maczka 8/12/13 | | | |
| 277 | Email from Greg Sowell to Laura Maczka 8/21/13 | | | |
| 278 | Email from Chip Pratt to Laura Maczka 10/15/13 | | | |
| 279 | Email from Chip Pratt to Laura Maczka 10/15/13 | | | |
| 280 | Email from Chip Pratt to Laura Maczka 10/24/13 | | | |
| 281 | Email from Chip Pratt to Laura Maczka 10/24/13 | | | |
| 282 | Email from Mark Jordan to Laura Maczka 10/24/13 | | | |
| 283 | Email from Julie Andrews to Laura Maczka 10/25/13 | | | |
| 284 | Email from Chip Pratt to Laura Maczka 10/28/13 | | | |
| 285 | Email from Rachel Chumney to Laura Maczka 10/28/13 | | | |
| 286 | Email from Chip Pratt to Laura Maczka 10/29/13 | | | |
| 287 | Email from Don Bouvier to Jeremy Thomason and Laura Maczka 10/29/13 | | | |
| 288 | Email from Jay Dalehite to Laura Maczka 10/29/13 | | | |
| 289 | Email from Mark Jordan to Laura Maczka 10/29/13 | | | |
| 290 | Email from Rachel Chumney to Laura Maczka 10/29/13 | | | |
| 291 | Email from Rachel Chumney to Laura Maczka 10/29/13 | | | |
| 292 | Email from Chip Pratt to Laura Maczka 11/1/13 | | | |

*DEFENDANT'S JOINT MOTION TO PRE-ADMIT EXHIBITS AND*
*NOTICE OF INTENT TO OFFER CERTAIN RECORDS*
*USA v. JORDAN*
*4:18CR087*

10

| Defendants' Joint Exhibit # | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|
| 293 | Email from Chip Pratt to Laura Maczka 11/1/13 | | | |
| 295 | Email from Mark Jordan to Laura Maczka 11/1/13 | | | |
| 296 | Email from Thomas Reid to Laura Maczka 11/4/13 | | | |
| 297 | Email from Taylor Paton to Laura Maczka 11/5/13 | | | |
| 298 | Email from Scott Dunn to Laura Maczka 11/10/13 | | | |
| 299 | Email from Cyndy Silverthorn to Laura Maczka 11/11/13 | | | |
| 300 | Email from Liz D'Amelio to Laura Maczka 11/11/13 | | | |
| 301 | Email from Chip Pratt to Laura Maczka 11/19/13 | | | |

Respectfully submitted,

*/s/ Jeff Kearney*
Jeff Kearney, TX Bar Number: 11139500
jkearney@kearneylawfirm.com
Catherine Stanley, TX Bar Number: 24110542
cstanley@kearneylawfirm.com
KEARNEY LAW FIRM
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76107
(8l7) 336-5600
(817) 336-5610 (fax)

*/s/ Shirley Baccus-Lobel*
Shirley Baccus-Lobel, Texas Bar No. 01488000
sbl@lobellaw.com
Law Office of Shirley Baccus-Lobel
8350 Meadow Road, Suite 186
Dallas, Texas 75231
214.220.8460

**ATTORNEYS FOR DEFENDANT LAURA JORDAN**

*/s/ Dan Cogdell*
Dan L. Cogdell, Texas Bar No. 04501500
dcogdell@joneswalker.com
Jones Walker LLP
811 Main St, Suite 2900
Houston, TX 77002
(713) 437-1869
(713) 437-1810 (fax)

*/s/ Terri Moore*
Terri Moore, Texas Bar No. 14377780
Terri Moore Law
300 Burnett Street, Suite 160
Fort Worth, Texas 76102
817.698.0000

**ATTORNEYS FOR DEFENDANT MARK JORDAN**

*DEFENDANT'S JOINT MOTION TO PRE-ADMIT EXHIBITS AND*
*NOTICE OF INTENT TO OFFER CERTAIN RECORDS*
*USA v. JORDAN*
*4:18CR087*

12

## *CERTIFICATE OF SERVICE*

I hereby certify on July 1, 2021 a true and correct copy of the foregoing Notice of Intent to Offer Certified Records was delivered to the Assistant United States Attorneys Glenn Roque-Jackson and Heather Rattan, via the Court's Electronic Case File system.

*/s/ JEFF KEARNEY*
**JEFF KEARNEY**

*DEFENDANT'S JOINT MOTION TO PRE-ADMIT EXHIBITS AND*
*NOTICE OF INTENT TO OFFER CERTAIN RECORDS*
*USA v. JORDAN*
*4:18CR087*

13