IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

DATE: 07/13/2021

| DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Christine Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| United States of America<br><br>v.<br><br>Mark Jordan and Laura Jordan | 4:18-CR-087 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Heather Rattan, Glenn Roque-Jackson, Brent Andrus, Sean Taylor, Anand Varadarajan<br>**Agent: Bill Messer** | Jeff Kearney, Terri Moore, Shirley Lobel, Katherine Stanley, Dan Cogdell and Nick Norris<br>**Defts: Laura and Mark Jordan** |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 6 |
|---|---|
| 8:29 a.m. | Court is in session.  Court notes appearance of counsel and the parties. |
| 8:29 a.m. | Court advises Parties of Juror #5.  Government agrees to dismiss the juror.  Defendants object that there is no sufficient basis to dismiss the juror when it will only result in a one day delay.  Defendants request the Court go dark today. |
| 8:41 a.m. | Court hears response from the Government as to why the juror should be released. |
| 8:42 a.m. | Court advises the Parties the Court seated four alternates for this purpose but will recess to consider the arguments of counsel. |
| 8:43 a.m. | Court recess. |
| 8:54 a.m. | Court uses its discretion to dismiss the juror.  Court hears objection from Defendants counsel Shirley Lobel specifically under 6th Amendment right to trial by jury from a cross section of the community; prejudicial to the Defendants; inadequate reason to dismiss the juror; also impacting the gender balance.  Court advises that giving consideration to all the factors raised by both sides, the Court will release the juror. |
| 8:58 a.m. | Jury seated. |
| 9:00 a.m. | Government AUSA Sean Taylor calls Scott Manfred.  Witness placed under oath.  Government AUSA Sean Taylor begins direct examination of witness, Scott Manfred. |

CASE NO. 4:18CR087          DATE: 7/13/2021

PAGE 2 - PROCEEDINGS CONTINUED:

| | |
|---|---|
| 9:04 a.m. | Government AUSA Sean Taylor refers witness, Scott Manfred to Government Exhibits 224, 190, 38A. |
| 9:15 a.m. | Pass the witness. |
| 9:15 a.m. | Defendant Laura Jordan's counsel, Jeff Kearney begins cross examination of witness, Scott Manfred. |
| 9:18 a.m. | Pass the witness. |
| 9:18 a.m. | Defendant Mark Jordan's counsel, Nicholas Norris begins cross examination of witness, Scott Manfred. |
| 9:27 a.m. | Pass the witness. Court polls the jury for questions. Bench conference with counsel regarding questions from the jury. |
| 9:29 a.m. | Court asks questions from the jury to witness. |
| 9:29 a.m. | Bench conference. |
| 9:35 a.m. | Government AUSA Anand Varadarajan calls Sara Catherine Alford. Witness placed under oath. |
| 9:35 a.m. | Bench conference. |
| 9:36 a.m. | Jury excused for 15 minute break. |
| 9:37 a.m. | Court recess for 15 minutes. |
| 9:53 a.m. | Court re-convened. Jury seated. |
| 9:54 a.m. | Government AUSA Anand Varadarajan begins direct examination of Sarah Catherine Alford. |
| 9:59 a.m. | Government AUSA Anand Varadarajan refers witness Sarah Catherine Alford to Government Exhibits 4, 118, 10, 14, 213, 53, 140, 141, 144, 170, 163, 173, 214, 218, 204A, 204B, 219, 205A, 205B, and 206A. |
| 11:59 a.m. | Jury excused for lunch break. |
| 12:00 p.m. | Court recess for lunch. |
| 1:05 p.m. | Court re-convened. Jury seated. |

CASE NO.   4:18CR087                    DATE: 7/13/2021

PAGE 3  - PROCEEDINGS CONTINUED:

| | |
|---|---|
| 1:06 p.m. | Court hears from Defendants counsel regarding juror being provided a pen. |
| 1:08 p.m. | Government AUSA Anand Varadarajan continues direct examination of witness, Sarah Catherine Alford. |
| 1:10 p.m. | Government AUSA Anand Varadarajan asks the Court to take judicial notice that June 9, 2014 is a Monday and that June 8, 2014 is a Sunday. The Court takes judicial notice of those dates/days. |
| 1:11 p.m. | Government AUSA Anand Varadarajan refers witness Sarah Catherine Alford to Government Exhibit 209A. |
| 1:21 p.m. | Mark and Laura Jordan through counsel reserve their right to examine Ms. Norris in their case in chief. |
| 1:21 p.m. | Bench conference. |
| 1:22 p.m. | Court advises the witness, Sarah Catherine Alford that she is subject to recall. |
| 1:22 p.m. | Bench conference. |
| 1:23 p.m. | Government AUSA Anand Varadarajan calls Special Agent Brett Leatherman of the Federal Bureau of Investigation.  Witness placed under oath. Government AUSA Anand Varadarajan begins direct examination of Special Agent Leatherman. |
| 1:34 p.m. | Pass the witness. Court polls the jury for questions of the witness.  No questions of the witness. |
| 1:35 p.m. | Witness released subject to recall. |
| 1:35 p.m. | Government AUSA Anand Varadarajan calls Clint Thomson of Celeratec.  Witness placed under oath. Government AUSA Anand Varadarajan begins direct examination of Clint Thomson. |
| 1:39 p.m. | Government AUSA Anand Varadarajan refers witness, Clint Thomson to Government Exhibit 197. |
| 1:45 p.m. | Pass the witness.  Court polls the jury for questions of the witness. Bench conference with counsel to review questions from the jury. |
| 1:46 p.m. | Court asks question from the jury to the witness. |
| 1:47 p.m. | Government AUSA Anand Varadarajan follow up questions. |

| | |
|---|---|
| 1:48 p.m. | Pass the witness. |
| 1:49 p.m. | Government AUSA Anand Varadarajan calls Special Agent William Messer of the Federal Bureau of Investigation. Witness placed under oath. Government AUSA Anand Varadarajan begins direct examination of Special Agent Messer. |
| 2:29 p.m. | Government AUSA Anand Varadarajan offers Government Exhibit 149. No objection. Government Exhibit 149 is admitted. |
| 2:42 p.m. | Pass the witness. |
| 2:42 p.m. | Defendant Laura Jordan's counsel, Jeff Kearney begins cross examination of Special Agent William Messer. |
| 2:47 p.m. | Bench conference. |
| 2:52 p.m. | Defendant Laura Jordan's counsel, Jeff Kearney continues cross examination of Special Agent William Messer. |
| 2:56 p.m. | Pass the witness. |
| 2:56 p.m. | Defendant Mark Jordan's counsel, Dan Cogdell begins cross examination of Special Agent William Messer. |
| 3:15 p.m. | Jury recess for 15 minutes. |
| 3:16 p.m. | Court recess for 15 minutes. |
| 3:32 p.m. | Court re-convened. Jury seated. |
| 3:33 p.m. | Defendant Mark Jordan's counsel, Dan Cogdell begins continues examination of Special Agent William Messer. |
| 3:35 p.m. | Defendant Mark Jordan's counsel, Dan Cogdell refers witness to Defendants Joint Exhibit 237. |
| 3:40 p.m. | Pass the witness. Court polls the jury for questions of the witness. Bench conference with counsel to review questions from the jury. Bench conference with the Parties regarding jury questions. |
| 3:43 p.m. | Court asks question from the jury to the witness. |
| 3:44 p.m. | Government AUSA Sean Taylor calls Tor Erickson. Witness placed under oath. Government AUSA Sean Taylor begins direct examination of witness, Tor Erickson. |

CASE NO.   4:18CR087              DATE: 7/13/2021

PAGE 5  - PROCEEDINGS CONTINUED:

| | |
|---|---|
| 3:49 p.m. | Government AUSA Sean Taylor refers witness, Tor Erickson to Government Exhibits 260 and 188. |
| 4:04 p.m. | Pass the witness. |
| 4:05 p.m. | Defendant Mark Jordan's counsel, Nicholas Norris begins cross examination of witness, Tor Erickson. |
| 4:09 p.m. | Defendant Mark Jordan's counsel, Nicholas Norris refers the witness, Tor Erickson to Government Exhibit 188. |
| 4:14 p.m. | Pass the witness. Court polls the jury for questions of the witness. Bench conference with counsel to review questions from the jury. Bench conference with the Parties regarding jury questions. |
| 4:17 p.m. | Court asks question from the jury to the witness. |
| 4:19 p.m. | Witness excused. |
| 4:19 p.m. | Government AUSA Sean Taylor calls Patricia Simmons.  Witness placed under oath. Government AUSA Sean Taylor begins direct examination of Patricia Simmons. |
| 4:32 p.m. | Pass the witness. |
| 4:32 p.m. | Defendant Laura Jordan's counsel, Shirley Lobel begins cross examination of the witness, Patricia Simmons. |
| 4:33 p.m. | Defendant Laura Jordan's counsel, Shirley Lobel refers witness, Patricia Simmons to Defendants Exhibits 35, 514, 25, 178, and 176. |
| 5:14 p.m. | Pass the witness. |
| 5:15 p.m. | Defendant Mark Jordan's counsel, Terri Moore begins cross examination of witness, Patricia Simmons. |
| 5:18 p.m. | Defendant Mark Jordan's counsel, Terri Moore refers witness to Defendants Exhibit 178. |
| 5:19 p.m. | Pass the witness. |
| 5:20 p.m. | Government AUSA Sean Taylor begins re-direct examination of Patricia Simmons. |
| 5:20 p.m. | Pass the witness. |

CASE NO.   4:18CR087                    DATE: 7/13/2021
PAGE 6  - PROCEEDINGS CONTINUED:

| 5:21 p.m. | Defendant Mark Jordan's counsel, Terri Moore begins re-cross examination of witness, Patricia Simmons. |
|---|---|
| 5:21 p.m. | Defendant Mark Jordan's counsel, Terri Moore refers witness to Defendants Exhibit 180. |
| 5:22 p.m. | Pass the witness. Court polls the jury for questions of the witness. Bench conference with counsel to review questions from the jury. Bench conference with the Parties regarding jury questions. |
| 5:26 p.m. | Court asks question from the jury to the witness. |
| 5:26 p.m. | Government AUSA Sean Taylor one follow up question. |
| 5:27 p.m. | Witness excused.  Jury excused for the day. |
| 5:27 p.m. | Government AUSA Glenn Roque-Jackson advises the Court that they anticipate finishing their case in chief by tomorrow or Thursday.  Defendants counsel advises they anticipate their side taking 4-5 days.  Court advises the Defendants to be prepared with their witnesses on Thursday if the Government rests tomorrow. |
| 5:38 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

By: _Keary Conrad_
Courtroom Deputy Clerk