IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR87 |
| | § | Judge Mazzant |
| LAURA JORDAN (1) | § | |
|     a/k/a Laura Maczka | § | |
| MARK JORDAN (2) | § | |

## ORDER

The Court having considered the United States' Motion to Seal Exhibits A through E to its' supplemental response to Defendant's Motion for Evidentiary Hearing, it is hereby

ORDERED that United States' Motion to Seal shall be granted and that Exhibits A through E to the government's supplemental response to Defendant's Motion for Evidentiary Hearing be filed under seal.

**SIGNED this 19th day of July, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE