# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:18-CR-87 |
| LAURA JORDAN (1) | § § § § | Judge Mazzant |
| Defendants. | § § | |

We, the Jury, find as follows:

### COUNT ONE

As to the offense charged in Count One of the Superseding Indictment, Conspiracy to Commit Honest Services Wire Fraud, we, the Jury find the Defendant, Laura Jordan:

_____ Guilty          \_\_\_✓\_\_\_\_ Not Guilty

### COUNT FOUR

As to the offense charged in Count Four of the Superseding Indictment, Honest Services Wire Fraud, we, the Jury find the Defendant, Laura Jordan:

_____ Guilty          \_\_\_✓\_\_\_\_ Not Guilty

### COUNT FIVE

As to the offense charged in Count Five of the Superseding Indictment, Conspiracy to Commit Bribery Concerning a Local Government Receiving Federal Funds, we, the Jury find the Defendant, Laura Jordan:

\_\_\_✓\_\_\_\_ Guilty          _____ Not Guilty

## COUNT SIX

As to the offense charged in Count Six of the Superseding Indictment, Bribery Concerning a Local Government Receiving Federal Funds, we, the Jury find the Defendant, Laura Jordan:

_____✓_____ Guilty                     _____ Not Guilty

## COUNT EIGHT

As to the offense charged in Count Eight of the Superseding Indictment, Conspiracy to Defraud the United States, we, the Jury find the Defendant, Laura Jordan:

_____✓_____ Guilty                     _____ Not Guilty

## COUNT NINE

As to the offense charged in Count Nine of the Superseding Indictment, Aiding or Assisting in Preparation of False Documents Under Internal Revenue Laws, we, the Jury find the Defendant, Laura Jordan:

_____✓_____ Guilty                     _____ Not Guilty

## COUNT TEN

As to the offense charged in Count Ten of the Superseding Indictment, Aiding or Assisting in Preparation of False Documents Under Internal Revenue Laws, we, the Jury find the Defendant, Laura Jordan:

_____✓_____ Guilty                     _____ Not Guilty

Date: ___7/23/21___                     Foreperson: _____

# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § | |
| v. | | NO. 4:18-CR-87 |
| | | Judge Mazzant |
| MARK JORDAN (2) | | |
| Defendants. | | |

We, the Jury, find as follows:

### COUNT ONE

As to the offense charged in Count One of the Superseding Indictment, Conspiracy to Commit Honest Services Wire Fraud, we, the Jury find the Defendant, Mark Jordan:

_____ Guilty      \_\_\_✓\_\_\_ Not Guilty

### COUNT THREE

As to the offense charged in Count Three of the Superseding Indictment, Honest Services Wire Fraud, we, the Jury find the Defendant, Mark Jordan:

_____ Guilty      \_\_\_✓\_\_\_ Not Guilty

### COUNT FIVE

As to the offense charged in Count Five of the Superseding Indictment, Conspiracy to Commit Bribery Concerning a Local Government Receiving Federal Funds, we, the Jury find the Defendant, Mark Jordan:

\_\_\_✓\_\_\_ Guilty      _____ Not Guilty

## COUNT SEVEN

As to the offense charged in Count Seven of the Superseding Indictment, Bribery Concerning a Local Government Receiving Federal Funds, we, the Jury find the Defendant, Mark Jordan:

_____✓_____ Guilty    _____ Not Guilty

## COUNT EIGHT

As to the offense charged in Count Eight of the Superseding Indictment, Conspiracy to Defraud the United States, we, the Jury find the Defendant, Mark Jordan:

_____✓_____ Guilty    _____ Not Guilty

## COUNT ELEVEN

As to the offense charged in Count Nine of the Superseding Indictment, Aiding or Assisting in Preparation of False Documents Under Internal Revenue Laws, we, the Jury find the Defendant, Mark Jordan:

_____✓_____ Guilty    _____ Not Guilty

## COUNT TWELVE

As to the offense charged in Count Ten of the Superseding Indictment, Aiding or Assisting in Preparation of False Documents Under Internal Revenue Laws, we, the Jury find the Defendant, Mark Jordan:

_____✓_____ Guilty    _____ Not Guilty

Date: __7/23/21__    Foreperson: _____

# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 4:18-CR-87<br>Judge Mazzant |
| MARK JORDAN (2) | § § § § | |
| Defendants. | § | |

We, the Jury, find as follows:

## COUNT ELEVEN

As to the offense charged in Count Eleven of the Superseding Indictment, Aiding or Assisting in Preparation of False Documents Under Internal Revenue Laws, we, the Jury find the Defendant, Mark Jordan:

_____✓_____ Guilty                                _____ Not Guilty

## COUNT TWELVE

As to the offense charged in Count Twelve of the Superseding Indictment, Aiding or Assisting in Preparation of False Documents Under Internal Revenue Laws, we, the Jury find the Defendant, Mark Jordan:

_____✓_____ Guilty                                _____ Not Guilty

Date: __7/23/21__                          Foreperson: _____