# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § |
| | § |
| LAURA JORDAN (1) | §  Civil Action No.  4:18-CR-00087 |
| | §  Judge Mazzant |
| a/k/a Laura Maczka | § |
| | § |
| MARK JORDAN (2) | § |
| | § |

## ORDER

Pending before the Court is Defendants' Motion to Stay this Court's Ruling on Their Pending Rule 33 Motion for New Trial and to Postpone the Sentencing Hearing (Dkt. #389). Given the upcoming sentencing date set for August 4, 2022, the Court hereby **ORDERS** that the Government respond to this motion **no later than Wednesday July 27, 2022 at 12pm**.

IT IS SO ORDERED.

SIGNED this 20th day of July, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE