IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | No. 4:18CR87 |
| § | Judge Mazzant |
| LAURA JORDAN (1) § | |
|    a/k/a Laura Maczka § | |
| MARK JORDAN (2) § | |

## MOTION TO CONTINUE SENTENCING DEADLINES

The Court had previously ordered that all sentencing materials and memoranda in this case be due no later than July 28, 2022, in anticipation of an August 4, 2022 sentencing hearing. In light of the recent filings relating to the postponement of the sentencing hearing, the Government requests to continue the deadline for filing sentencing materials and memoranda until, at the earliest, the day after the Court's ruling on the defense's motion for continuing the sentencing.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Anand Varadarajan*
ANAND VARADARAJAN
Assistant United States Attorney
Texas State Bar No. 24088576
Email:   anand.varadarajan@usdoj.gov

G.R. JACKSON
Assistant United States Attorney
Texas State Bar No. 24088576
Email: glenn.roque-jackson@usdoj.gov

101 East Park Boulevard, Suite 500
Plano, Texas 75074
972-509-1201
Fax: 972-509-1209

## CERTIFICATE OF CONFERENCE

This is to certify that I conferred with the defense counsel, who is opposed to this motion.

*/s/ Anand Varadarajan*
ANAND VARADARAJAN

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this motion was served on defense counsel by electronic filing (CM/ECF) on this 28th day of July 2022.

*/s/ Anand Varadarajan*
ANAND VARADARAJAN