IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18CR87 |
| | § | Judge Mazzant |
| LAURA JORDAN (1) | § | |
| a/k/a Laura Maczka | § | |
| MARK JORDAN (2) | § | |

## ORDER DENYING MOTION TO CONTINUE
## <u>SENTENCING DEADLINES</u>

The Court has considered the Motion to Continue Sentencing Deadlines in the above-captioned matter and is of the opinion that said Motion should be DENIED.

IT IS THEREFORE ORDERED that the sentencing deadlines for the above-captioned defendants will proceed as scheduled.

IT IS SO ORDERED.
**SIGNED this 1st day of August, 2022.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE