## *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

October 10, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-40519   USA v. Jordan
                    USDC No. 4:18-CR-87-1

The court has granted the joint motion of Appellee United States of America, and Appellants Laura Jordan and Mark Jordan to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America, Laura Jordan, and Mark Jordan may obtain all ex parte documents *filed on behalf of* United States of America, Laura Jordan, Mark Jordan, and all other non ex parte documents in the record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Dan Cogdell
Mr. Christopher Andrew Eason
Mr. David Benjamin Gerger
Mr. Brent Evan Newton I
Mr. David O'Toole
Mr. Barry J. Pollack
Mr. Bradley Elliot Visosky

**Dear Counsel:** The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.