# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:18-CR-087 |
| | § | Judge Mazzant |
| LAURA JORDAN (1) | § | |
| MARK JORDAN (2) | § | |

## ORDER

Pending before the Court is the Defendant's Motion to Extend Self Report Date (Dkt. #447). The Court, after due consideration of the Motion, finds that the Defendant's motion should be **DENIED**.  It is therefore,

**ORDERED** that Defendant Laura and Mark Jordans' dates of surrender to the BOP remain April 8, 2024.  The Defendants, Laura and Mark Jordan shall self-surrender to the BOP through the United States Marshals no later than **2:00 p.m. on April 8, 2024.**

**IT IS SO ORDERED**.

**SIGNED this 27th day of March, 2024.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE