THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | No. 4:18-CR-87 |
| | § | |
| LAURA JORDAN & | § | |
| MARK JORDAN | § | |

## MOTION OF MARK JORDAN TO SET REPORT DATE NO LATER THAN THREE BUSINESS DAYS AFTER THE BUREAU OF PRISONS DESIGNATES THE FACILITY WHERE HE WILL SERVE HIS SENTENCE

On March 27, 2024, the Court ordered that the date of surrender to the Bureau of Prisons for Laura and Mark Jordan remains April 8, 2024. Dkt. 448. Since that Order was issued, the Bureau of Prisons has designated the facility where Laura Jordan will serve her sentence. She will surrender herself to that facility on April 8, 2024. To date, however, the Bureau of Prisons has not designated the facility where Mark Jordan is to serve his sentence. As the Court is aware, should no facility be designated by April 8th and Mr. Jordan were to surrender to the United States Marshals Service without a designation, Mr. Jordan will not be housed at Bureau of Prisons facility designed for the service of a sentence. After he is designated, he will need to be transported in custody, at government expense, to the facility that is ultimately designated. This is often a lengthy process that entails weeks in transit, with none of the intermediary stops being at facilities designed for the service of a sentence and with no programming available. In sum, Mr. Jordan would be prejudiced, if, through no fault of his own, he has not received a Bureau of Prisons

1

designation by the time he has to surrender.  Accordingly, he respectfully requests that should he not receive a designation from the Bureau of Prisons before close of business Friday, April 5, 2024, that he be ordered to report to the Bureau of Prisons at the designated facility on the third business day following his receipt of the designation.  If, however, he receives his designation by close of business on April 5, 2024, his report date would remain April 8, 2024.

/s/*Barry J. Pollack*
Barry J. Pollack, Esquire
Harris St. Laurent & Wechsler LLP
1775 Pennsylvania Ave., NW
Suite 650
Washington, D.C. 20006
202-617-5971
bpollack@hs-law.com

**Counsel for Mark Jordan**

# CERTIFICATE OF SERVICE

On April 4, 2024, the foregoing was filed and distributed to all counsel of record through the Court's ECF system.

/s/*Barry J. Pollack*
Barry J. Pollack