# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 03, 2024

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 22-40519    USA v. Jordan
                         USDC No. 4:18-CR-87-1

Dear Mr. O'Toole,

We have received the Supreme Court order denying certiorari. We previously sent you the judgment issued as mandate.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 2, 2024

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Laura Jordan and Mark Jordan
    v. United States
    No. 23-650
    (Your No. 22-40519)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk